**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR14-01152-PHX-DJH |
| Plaintiff, ) | |
| v. ) | **MOTION FOR RETURN OF PASSPORT** |
| Malcolm Robert Markson, ) | |
| Defendant. ) | |

Defendant, Malcolm Robert Markson, requests this Court to enter an order authorizing U.S. Pretrial Services to return Mr. Markson's passport number 466717322 to him. Mr. Markson's passport was last surrendered to Pretrial Services on October 21, 2014 (Doc. 23).[1]

On August 25, 2014, Mr. Markson entered his plea of guilty to fraud involving aircraft parts and obstruction of a federal investigation, Class C Felonies. Mr. Markson was sentenced on December 22, 2014 to six months imprisonment in the Bureau of Prisons followed by two years of Supervised Release. The Court further recommended that Mr. Markson be placed at a minimum security facility and that he self surrender on February 20, 2015.

This Court is requested to enter an order authorizing U.S. Pretrial Services to return Mr. Markson's passport to him. In the alternative, the Court is requested to enter an order authorizing the transfer of the passport from U.S. Pretrial Services to U.S. Probation.

---

[1] Mr. Markson's passport was temporarily returned to him on October 16, 2014 to October 21, 2014 pursuant to the Court's order authorizing his travel to Mexico on those dates. (Doc. 19)

The government, through Assistant U.S. Attorney Dominic Lanza, does not object to the transfer of the passport from U.S. Pretrial Services to U.S. Probation.

Excludable delay pursuant to 18 U.S.C. §3161 will not occur as a result of this motion or an order based thereon.

DATED this 6th day of January, 2015.

CROWE & SCOTT, P.A.

By  s/ Tom Crowe

Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034
Attorneys for Defendant

I hereby certify that on January 6, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants in this case:

**Dominic William Lanza** dominic.lanza@usdoj.gov, erica.lane@usdoj.gov
**Tom Crowe** tom@crowescott.com, cindy@crowescott.com, lisa@crowescott.com

Copy emailed to:

Christopher S. Jantonio
U.S. Pretrial Services Officer

By s/ Cindy Malyuk

2